PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Marc C. Orival

Cr.: 22-00246-001
PACTS #: 7353991

Name of Sentencing Judicial Officer:   THE HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/31/2022

Original Offense:   Count One: Wire Fraud, 18 U.S.C. § 1343
Count Two: Money Laundering, 18 U.S.C. § 1957

Original Sentence: Time Served , 3 years supervised release

Special Conditions: $76,000 in Restitution, Alcohol Testing and Treatment, Financial Disclosure, Internal Revenue Service – Cooperation, Mental Health Treatment, New Debt Restrictions, Gambling Establishment Restrictions, Self-Employment/Business Disclosure, Gambling Restrictions and Registration on Exclusion Lists, Consent to Search, Life Skills/Education, and Motor Vehicle Compliance

Type of Supervision: Supervised Release           Date Supervision Commenced: August 31, 2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the special supervision condition which states **'The restitution is due immediately and shall be paid in monthly installments of no less than $100, to commence 30 days after the date of this judgment.'** |
| | Since the commencement of supervised release, Orival's restitution payments have been inconsistent. He has failed to make a payment in September and December of 2022. Additionally, he has failed to make a payment in February and April 2023. |

**U.S. Probation Officer Action:**

Based on his residence in College Park, Georgia, Marc C. Orival is supervised by the U.S. Probation Office in Northern District of Georgia. Orival's restitution payments have been inconsistent since the commencement of supervised release. He has failed to make a payment in September and December of 2022. Additionally, he has failed to make a payment in February and April 2023.

Prob 12A – page 2
Marc C. Orival

Orival claims to have mailed the missing payments and has provided receipts for money orders. One of his payments has been found and credited to his account. Orival and the probation office are working with the Clerk's Office to investigate if additional payments were made but not properly credited to his account.

At this time, the Probation Office is respectfully requesting no formal Court action to be taken at this time. The Probation Office will continue to monitor his payments and notify the Court should there be any noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY,
Chief U.S. Probation Officer

By: PATRICK HATTERSLEY
Supervisory U.S. Probation Officer

/bgm

PREPARED BY:

BRENDAN G. MURILLO          05/15/23
U.S. Probation Technician    Date

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

5-16-23
_____
Date